**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **BUFFALO WINGS FACTORY, INC.** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-cv612 |
| | ) |
| **SALEEM MOHD, et al.** | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S SUPPLEMENTAL MOTION FOR SANCTIONS**

Plaintiff Buffalo Wings Factory, Inc. respectfully submits this supplemental motion for sanctions pursuant to the inherent powers of the Court, the Local Rules of Practice, and the Federal Rules of Civil Procedure.

1. Plaintiff seeks to have sanctions imposed upon the defendants and defense counsel for making incorrect statements of material fact to this Court, for casting false aspersions on Plaintiff's counsel, and for repeatedly interjecting into the record irrelevant, incorrect and misleading statements of fact that have nothing to do with the pending motions and which are not properly considered on a motion to dismiss or in connection with the other pending motions.

2. In further support of this motion, Plaintiff incorporates by reference its August 30, 2007 brief captioned Plaintiff's Opposition To Defendants' Motion to Determine Defendants' 12(b)(6) Motion on the Papers Without Oral Argument, And Plaintiff's Reply Brief in Support of Plaintiff's Motion To Strike and For Sanctions.

WHEREFORE, defendants' pending motions should be denied, stricken and deemed withdrawn, and defendants and their counsel should be ordered to pay plaintiff

the reasonable costs and attorneys' fees which it has incurred in briefing and arguing the pending motions.   A proposed order to that effect is attached hereto as Exhibit A.

Dated This 5th Day of September, 2007

>Respectfully Submitted,
>
>BUFFALO WINGS FACTORY, INC.
>By Counsel
>
>/s/ Michael C. Whitticar
>Thomas M. Dunlap (VSB #44016)
>Michael C. Whitticar (VSB# 32968)
>Eugene W. Policastri (VSB #65837)
>DUNLAP, GRUBB & WEAVER, P.C.
>199 Liberty Street, SW
>Leesburg, Virginia 20175
>(703) 777-7319
>(703) 777-3656 (fax)
>tdunlap@dglegal.com
>Counsel for the Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th Day of September, 2007, a true and correct copy of the foregoing motion was filed and served through the Clerk of Court pursuant to the Court's electronic filing procedures using the Court's CM/ECF system, which will then send a notice of electronic filing (NEF) to the following counsel of record for the defendants:

Martin Mooradian, Esq.
7700 Little River Turnpike
Annandale, Virginia 22003
(703) 256-6200
(703) 256-4851 (fax)
**mmooradian@cox.net**
Counsel For Defendants

/s/      Michael C. Whitticar
Thomas M. Dunlap (VSB #44016)
Michael C. Whitticar (VSB# 32968)
Eugene W. Policastri (VSB #65837)
DUNLAP, GRUBB & WEAVER, P.C.
199 Liberty Street, SW
Leesburg, Virginia 20175
703-777-7319
703-777-3656 (fax)
tdunlap@dglegal.com
Counsel for the Plaintiff