IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| BUFFALO WINGS FACTORY, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|         v. | )    1:07cv612 (JCC) |
| | ) |
| SALEEM MOHD, et al., | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

      For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

      (1) Defendants' Motion to Dismiss is DENIED;

      (2) Plaintiff's Motion to Strike is DENIED;

      (3) Defendants shall file an answer to the Amended Complaint within ten (10) days; and

      (4) the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.



December 12, 2007               _____/s/_____
Alexandria, Virginia                  James C. Cacheris
                                     UNITED STATES DISTRICT COURT JUDGE