UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BUFFALO WING FACTORY INC  ) | |
| ) | |
| Plaintiff ) | |
| v.   ) | Case No. 1:07-cv612 |
| ) | |
| SALEEM MOHD, et. al  ) | |
| CENTER, INC  ) | |
| ) | |
| Defendant ) | |

**MOTION FOR RELIEF FROM JUDGMENT**

COMES NOW the Defendants, Saleem Mohammad et, al, by counsel, and for the reasons set forth in the memorandum accompanying this motion, moves the United States District Court for the Eastern District of Virginia pursuant to Federal Rules of Civil Procedures Rule 60 for an Order relieving the Defendants from the obligations set forth in the Consent order entered by this court.  Defendants request an oral hearing on this motion.

Respectfully submitted,

/s/

_____
Ashraf Nubani
Nubani & Ahmad
1568 Spring Hill Rd., #222
McLean, VA 22102
Voice: 703-658-5151
Facsimile: 703-997-8556
anubani@nubaniahmad.com
Counsel for Defendants

Faisal Gill, DC Bar #028294
Pro Hac Vice
The Gill Law Firm

1

        1101 30th street Suite 500  
        Washington DC, 20007  
        (202) 625-4898

**CERTIFICATE OF SERVICE**

I Hereby certify that on 28th day of April 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The System will the send a notification of filing to:

Thomas Dunlap  
199 Liberty Street SW  
Leesburg, VA 20715  
703-777-7319

        /s/  
        _____  
        Ashraf Nubani VSB# 43595  
        Nubani & Ahmad  
        1568 Spring Hill Rd., #222  
        McLean, VA 22102  
        Voice: 703-658-5151  
        Facsimile: 703-997-8556