IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| BUFFALO WINGS FACTORY, INC., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
|        v. ) | 1:07cv612 (JCC) |
| ) | |
| SALEEM MOHD, et al., ) | |
| ) | |
|     Defendants. ) | |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendants' Motion for Relief from Judgment is DENIED; and

(2) the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.

THIS ORDER IS FINAL.

June 23, 2008                       _____/s/_____
Alexandria, Virginia               James C. Cacheris
                                    UNITED STATES DISTRICT COURT JUDGE