IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

BUFFALO WINGS FACTORY, INC.,    )
                                )
     Plaintiff,                 )
                                )
          v.                    )        1:07cv612 (JCC)
                                )
SALEEM MOHD, et al.,            )
                                )
     Defendants.                )

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Plaintiff's Motion to Enforce the Consent Order and for Contempt Sanctions is GRANTED;

(2) Defendants' Motion to Dismiss is DENIED;

(3) Plaintiff's Motion to Strike is DENIED;

(4) Defendants have ten (10) days from the date of this Order to sign the promissory note furnished by Plaintiff, in accordance with paragraph 12 of the Consent Order [97];

(5) Defendants shall pay Plaintiff the sum of $30,000, which came due on June 1, 2008, in accordance with paragraph 12 of the Consent Order [97];

(6) Defendants shall immediately comply with the terms of the Consent Order [97];

(7) Defendants shall pay Plaintiff civil contempt

sanctions in the amount of $9,000 per week for every week since
June 1, 2008 that Defendants have failed to meet their
obligations under the Consent Order [97], for a total of $81,000
as of Friday, August, 1, 2008;

(8) Plaintiff has ten (10) days from the date of this
Order to submit proposed attorneys' fees;

(9) Defendants have twenty (20) days from the date of
this Order to file an opposition to Plaintiff's proposed
attorneys' fees; and

(10) the Clerk of the Court shall forward copies of
this Order and accompanying Memorandum Opinion to all counsel of
record.

THIS ORDER IS FINAL.


August 4, 2008                          _____/s/_____
Alexandria, Virginia                         James C. Cacheris
                                     UNITED STATES DISTRICT COURT JUDGE