# Exhibit A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

BUFFALO WINGS FACTORY, INC.            )
                                                                    )
    Plaintiff,                                             )
                                                                    )
v.                                                                  )     Case No. 1:07-cv00612
                                                                    )
SALEEM MOHD, et al,                              )
                                                                    )
    Defendants.                                       )
_____)

## DECLARATION OF SEAN DUFFY

1. I, Sean Duffy, am over twenty one years of age, of sound mind, and competent to testify to the facts stated in this declaration. I work in the commercial real estate business for KLNBretail in Brambleton, Virginia.

2. Rappaport Companies ("Rappaport") is the landlord and lessor of the premises at which the Buffalo Wings House or Wings House restaurant is located in the Worldgate shopping center in Herndon, Virginia.

3. A commercial leasing agent or manager with Rappaport recently informed me that Rapport has been asked by the owners of the Buffalo Wings House or Wings House to approve a transfer to a Mr. Vinod Chopra of the lease for the premises at which the Buffalo Wings House or Wings House restaurant is located in the Worldgate shopping center in Herndon, Virginia.

## **VERIFICATION**

I, Sean Duffy, on this 21st Day of October, 2008, under penalty of perjury pursuant to the laws of the United States and the Commonwealth of Virginia, declare and affirm that the facts stated in the foregoing declaration are true and correct to the best of my knowledge, information and belief.

_____
Sean Duffy