**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| **BUFFALO WINGS FACTORY, INC.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **SALEEM MOHD,** | ) |
| | ) |
| **NAEEM MOHD, and** | ) |
| | )   **Case No.  1:07-cv-612** |
| **CHARBROIL GRILL OF** | ) |
| **WORLDGATE, INC.** | ) |
| | ) |
| **Defendants; and,** | ) |
| | ) |
| **SS HERNDON, INC. (a/k/a SS, Inc.)** | ) |
| | ) |
| **JAJI SHAH, and** | ) |
| | ) |
| **SEEMA SALEEM,** | ) |
| | ) |
| **Additional Rule 65(d) Respondents** | ) |

**JUDGMENT**

Pursuant to this Court's Orders dated March 3, 2008, August 4, 2008, October 15, 2008, and November 28, 2008, the court hereby enters judgment as follows:

1.      Pursuant to this Court's Orders dated March 3, 2008, August 4, 2008, October 15, 2008, and November 28, 2008, judgment is hereby entered in favor of Plaintiff Buffalo Wings

Factory, Inc. ("Plaintiff" or "Factory") and against defendants Saleem Mohd, Naeem Mohd and Charbroil Grill of Worldgate, Inc. ("Defendants"), jointly and severally, in the total amount of $177,216.60, consisting of  $30,000 (thirty thousand dollars) for failure to make the first $30,000 payment required under the March 3, 2008 Consent Order, which was due by the June 1, 2008 Conversion Date specified in the Consent Order, plus $81,000 in contempt sanctions pursuant to the August 4, 2008 and October 15, 2008 contempt orders, plus $66,216.60 in attorneys' fees incurred by Plaintiff in pursuing its first and second contempt motions and briefs, along with motions and briefs to establish the amount of its attorneys' fee awards.   Post-judgment interest at the rate equal to the weekly average one-year constant maturity Treasury yield for the calendar week preceding the date of entry, compounded annually, shall accrue on this portion of the judgment from the date of entry.   The address for Saleem Mohd is 1324 April Way, Herndon, Virginia 20170.   The address for Naeem Mohd is 1324 April Way, Herndon, Virginia 20170. The address of record with the Virginia State Corporation Commission for Charbroil Grill of Worldgate, Inc. is 13005 Worldgate Drive, Herndon, VA 20170.

2.      Pursuant to this Court's Orders dated March 3, 2008, August 4, 2008, October 15, 2008, and November 28, 2008, judgment is hereby entered in favor of Buffalo Wings, Factory, Inc. and jointly and severally against respondents SS Herndon, Inc. (also know as SS, Inc.) and Jaji Shah in the total amount of $237,216.60, which includes $171,000 for contempt sanctions and $66,216.60  for attorneys' fees incurred by Plaintiff in pursuing its first and second contempt motions and briefs, along with motions and briefs to establish the amount of its attorneys' fee awards.  Post-judgment interest at the rate equal to the weekly average one-year constant maturity Treasury yield for the calendar week preceding the date of entry, compounded annually, shall

2

accrue on this portion of the judgment from the date of entry.   The address for Jaji Shah is 23043

Potomac Hill Square, Sterling, VA 20166.   The address of record with the Virginia State

Corporation commission for SS Herndon, Inc. is 13005 Worldgate Drive, Herndon, VA 20170.

       3.      Pursuant to this Court's Orders dated March 3, 2008, August 4, 2008, October 15,

2008, and November 28, 2008, judgment is hereby entered in favor of Buffalo Wings Factory,

Inc. and against respondent Seema Saleem in the total amount of $128,276.50, including $99,000

for contempt sanctions and for $29,276.50  in attorneys' fees incurred by Plaintiff in pursuing its

contempt motion and briefs against Seema Saleem (its second contempt motion) and its motion

and brief to establish the amount of its related attorneys' fee award (its second attorneys' fees

motion).   Post-judgment interest at the rate equal to the weekly average one-year constant

maturity Treasury yield for the calendar week preceding the date of entry, compounded annually,

shall accrue on this portion of the judgment from the date of entry.   The address for Seema

Saleem is 1324 April Way, Herndon, Virginia 20170.

       4.      All Defendants and Respondents are jointly and severally liable for the attorneys'

fees awarded to Factory in connection with its second contempt motion and related briefing,

including its related motion and brief to establish the amount of its attorneys' fees award, in the

amount of $29,276.50.     All Defendants and respondents except Seema Saleem are jointly and

severally liable for the attorneys' fees awarded to Factory in connection with its first contempt

motion and related briefing, including its related motion and brief to establish the amount of its

attorneys' fees award, in the amount of $36,940.00.   The total of $66,216.50 mentioned in this

paragraph is the total award of attorneys' fees awarded to date in this case, and is accounted for

previously in paragraphs 1 through 3 of this Judgment.   Factory is only permitted to recover

these attorneys' fees once from all defendants and respondents combined.

5.     The total amount of contempt sanctions awarded to date is $171,000, and Factory is only permitted to recover these contempt sanctions once from all defendants and respondents combined.

6.     Pursuant to this Court's Order dated August 4, 2008, Plaintiff may resubmit a revised fee petition or motion to establish the amount of its attorneys' fees and expenses incurred in pursuing collection of the Consent Order payments from the Defendants, to the extent that the new fee requests are not for the same work for which fees were awarded in this Court's Order dated November 28, 2008 relating to the contempt motions and briefs.   That supplemental fee request shall be filed by Plaintiff within ten (10) business days[1] from the date of entry of this judgment and any opposition thereto shall be filed within twenty (20) days from the date of entry of this judgment.

7.     Pursuant to Code of Virginia Section 8.01-466, this is a judgment for money in specific amounts in favor of Plaintiff and against the Defendants and Respondents identified herein.

8.     The clerk of court shall send copies of this Judgment to all counsel of record and to Jaji Shah and Seema Saleem, and, at Plaintiff's expense, shall send eight (8) abstracts of this Judgment to counsel of record for Plaintiff.

9.     For good cause shown, pursuant to Code of Virginia Section 8.01-466, Plaintiff may execute on this Judgment immediately upon entry.

10.     This Judgment is a final order.

---

[1] *See* Fed. R. Civ. P. 6(a).

4

SO ORDERED This 17th Day of December, 2008.


The Honorable _____/s/_____
                           James C. Cacheris
                           United States District Judge
                           Alexandria, Virginia